

LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

The following constitutes the order of the Court.
Signed: July 18, 2022

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re

ENVIA HOLDINGS, LLC

Debtor

CASE NO. 22-50489-MEH

**ORDER EMPLOYING PHP GROUP, INC. AS LISTING BROKER**

CHAPTER 11

Date: None Set
Time: None Set

Upon the application of Debtor Envia Holdings, LLC for an order employing PHP Group, Inc. as broker to market, list for sale and sell Debtor's real property at 0 Denio Ave. Gilroy, CA and 325 Denio Ave. #B Gilroy, CA (APN 835-07-023 and 835-07-024) ["Property"], good cause appearing, it is hereby ordered that PHP Group, Inc. be and hereby is employed as the listing agent for the Property on the terms set forth in the application and proposed listing agreement.

IT IS FURTHER ORDERED THAT PHP Group, Inc. shall not take any pre-confirmation fee without separate order from this Court.

***END OF ORDER***

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

## COURT SERVICE LIST

All electronic service.