

The following constitutes the order of the Court.
Signed: October 13, 2022

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

ENVIA HOLDINGS, LLC,

          Debtor.

Case No. 22-50489 MEH

Chapter 11

<u>Order After Video Hearing</u>
Date: October 13, 2022
Time: 10:00 a.m.
Ctrm: 11

## ORDER TENTATIVELY APPROVING DISCLOSURES IN COMBINED PLAN AND DISCLOSURE STATEMENT

A combined plan (the "Plan") and disclosure statement (the "Disclosure Statement"), dated September 7, 2022, having been filed by Debtor on September 8, 2022, and a hearing on tentative approval of the Disclosure Statement having occurred on October 13, 2022, it is hereby ordered that

    A.    The Disclosure Statement is tentatively approved.

    B.    No later than October 28, 2022, Debtor shall serve the Plan and Disclosure Statement and a copy of this order to all creditors, equity security holders, the United States Trustee, and other parties in interest.

    C.    No later than October 28, 2022, Debtor shall serve a ballot conforming to Official Form B314 on all voting-eligible creditors and voting-eligible equity security holders. The ballot should include a line for the name of the Creditor.

D. Written ballots accepting or rejecting the Plan must be submitted and received by December 1, 2022. Ballots should be sent to the following address: **Lars T. Fuller**, The Fuller Law Firm, 60 N Keeble Ave. San Jose, CA 95126.

E. Written objections to the Disclosure Statement or to confirmation of the Plan must be filed and served by December 1, 2022.

F. The hearing on final approval of the Disclosure Statement and on confirmation of the Plan will occur on December 8, 2022, in Courtroom 11, 280 South First Street, San Jose, California. Parties can participate by Zoom or in person. Information on how to access the hearing by Zoom will be available at www.canb.uscourts.gov/judge/hammond/calendar. If any objections to the Disclosure Statement or to confirmation of the Plan place disputed facts at issue, the court may treat the hearing as a status conference and schedule further hearings.

***END OF ORDER***

COURT SERVICE LIST

**Via ECF:**

All ECF Recipients