LARS T. FULLER (No. 141270)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor
Envia Holdings, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ENVIA HOLDINGS, LLC<br><br>Debtor | CASE NO: 22-50489-MEH<br><br>**BALLOT TABULATION**<br><br>CHAPTER 11 (Subchapter V)<br><br>Date: Dec. 8, 2022<br>Time: 10:00 AM<br>Court: Videoconference Only*** |

Comes now Debtor Envia Holdings, LLC and respectfully submits a ballot tabulation which reflects the percentage of acceptances and rejections for each impaired class designated by number and dollar amount. The summary is as follows:

**Impaired (By number)**

| CLASS | IMPAIRMENT | TOTAL ACCEPT | TOTAL REJECT | % ACCEPT |
|---|---|---|---|---|
| 1 – Santa Clara Department of Tax and Fee Administration | Impaired | 0 | 0 | 0 |
| 2 – Richard Vasquez and Robin C. Silvera Vasquez Revocable | Impaired | 0 | 0 | 0 |

1
Ballot Tabulation

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

| | | | | |
|---|---|---|---|---|
| Trust | | | | |
| 3 - General Unsecured Claims | Impaired | 2 | 0 | 100% |
| 4 – Equity Interest of Debtor | Unimpaired | 0 | 0 | 0 |

**By Amount**

The final tabulation (in dollars) for impaired classes is as follows:

**Class 3: General Unsecured Creditors**

Number of Creditors voting in Class 3:             2
Amount of Claims in Class 1 Voting:        $427,000
Total acceptances                                  2
Total Rejections                                   0
Percentage of *amount* of claims accepting    100%

Respectfully submitted,

DATED: Dec. 5, 2022              THE FULLER LAW FIRM, PC


                                 By:  */s/ Lars T. Fuller*
                                      LARS T. FULLER
                                      Attorney for Debtor Envia Holdigns, LLC

2
Ballot Tabulation

# EXHIBIT A

United States Bankruptcy Court
Northern District of California

In re:  Case No. 22-50489-MEH
Chapter 11

ENVIA HOLDINGS, LLC.
_____/

**Class Ballot for Accepting or Rejecting Plan of Reorganization**

Debtor in Possession Envia Holdings, LLC (the "Plan Proponent") filed a Disclosure Statement dated Sept. 7, 2022 ("Disclosure Stateemnt") and a *Plan of Reorganization for Small Business under Chapter 11 dated Sept. 7, 2022* (the "Plan") in the above-captioned matter. On Oct. 13, 2022, the Court entered an Order Tentatively Approving Disclosures in Combined Plan and Disclosure Statement. A hearing on final approval of the Disclosure Statement and on confirmation of the Plan will occur on Dec. 8, 2022 in Courtroom 11, 280 So. First St. San Jose, CA. Parties can participate by Zoom or in person.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Disclosure Statement and the Plan and your classification and treatment under the Plan. Your claim has been placed in Class ___ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by The Fuller Law Firm, P.C. ,60 N. Keeble Ave. San Jose, CA 95126; Lars@Fullerlawfirm.net or (408) 295-9852 (fax) on or before Dec. 1, 2022, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class ___ claim against the Debtor in the unpaid amount of $ 25,000.00 .

Check Only One Box: ✓ Accepts the Plan   ___ Rejects the Plan

Dated: 11/22/2022   Claimant:
Address: 500 W 10th St   Print Name: Madalina Arceniega
Gilroy CA 95020   Signature: *Madalina Garcia*
_____   Title: _____

RETURN BALLOT ON OR BEFORE Dec. 1, 2022 TO:

The Fuller Law Firm, P.C.   Email: Lars@Fullerlawfirm.net
Lars T. Fuller, Esq.   Facsimile: (408) 295-9852

United States Bankruptcy Court
Northern District of California

In re:                                Case No. 22-50489-MEH
                                      Chapter 11
ENVIA HOLDINGS, LLC.
_____/

### Class Ballot for Accepting or Rejecting Plan of Reorganization

Debtor in Possession Envia Holdings, LLC (the "Plan Proponent") filed a Disclosure Statement dated Sept. 7, 2022 ("Disclosure Statement") and a *Plan of Reorganization for Small Business under Chapter 11* dated Sept. 7, 2022 (the "Plan") in the above-captioned matter. On Oct. 13, 2022, the Court entered an Order Tentatively Approving Disclosures in Combined Plan and Disclosure Statement. A hearing on final approval of the Disclosure Statement and on confirmation of the Plan will occur on Dec. 8, 2022 in Courtroom 11, 280 So. First St. San Jose, CA. Parties can participate by Zoom or in person.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Disclosure Statement and the Plan and your classification and treatment under the Plan. Your claim has been placed in Class under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by The Fuller Law Firm, P.C. ,60 N. Keeble Ave. San Jose, CA 95126; Lars@Fullerlawfirm.net or (408) 295-9852 (fax) on or before Dec. 1, 2022, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 3 claim against the Debtor in the unpaid amount of $402,000.00.

| Check Only One Box: | X **Accepts the Plan** | ☐ **Rejects the Plan** |

Dated: November 22, 2022    Claimant:    Barry & Laura Goldine
Address:                    Print Name:  Barry & Laura Goldine
1265 Birchwood Dr.          Signature:   /s/
Sunnyvale, CA 94089         Signature:   /s/

**RETURN BALLOT ON OR BEFORE Dec. 1, 2022 TO:**
The Fuller Law Firm, P.C.           Email:     Lars@Fullerlawfirm.net
Lars T. Fuller, Esq.                Facsimile: (408) 295-9852
60 N. Keeble Ave.                   Telephone: (408) 295-5595
San Jose, CA 95126