LARS T. FULLER (No. 141270)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>ENVIA HOLDINGS, LLC<br><br>Debtor | CASE NO.: 22-50489-MEH<br><br>**DECLARATION OF NATHANIEL VILLAREAL IN SUPPORT OF CONFIRMATION**<br><br>CHAPTER 11<br><br>Date:  Dec. 8, 2022<br>Time:  10:00 AM<br>Court:  11 |

I, Nathaniel Villareal declare and say:

    1.    I am the sole member of Envia Holdings, LLC and its designated responsible individual.

    2.    The Debtor is the owner of real property at at 0 Denio Ave. Gilroy, CA and 325 Denio Ave. #B Gilroy, CA ("Properties").

    3.    I am an electrician.  I am a sole proprietor.

1

Declaration of Nathaniel Villareal in Support of Confirmation

4. I earn about $20,000 per month in gross revenue or about $11,000 net after expenses but before income taxes.

5. Debtor's plan provides that if the Properties sell and the proceeds are insufficient to pay general unsecured creditors in full, I would infuse money into the Debtor in the amount of $3,558.33/month for payment to general unsecured creditors. I am able to make such payments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: Dec. 7, 2022                    /s/ Nathaniel Villareal