United States Bankruptcy Court
Northern District of California

In re:                                                          Case No. 22-50489-MEH
Envia Holdings, LLC                           Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-5                           User: admin                                              Page 1 of 2
Date Rcvd: Dec 13, 2022                     Form ID: OCP                                     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Envia Holdings, LLC, 91 Norton Ave, San Jose, CA 95126-2908 |
| op | | Kawahara Nursery, Inc., c/o Shea & McIntyre, A.P.C., 2166 The Alameda, San Jose, CA 95126-1144 |
| rspi | + | Nathaniel Villareal, Sole Member, 91 Norton Ave., San Jose, CA 95126-2908 |
| br | + | PHP Group, Inc., 1816 Tully Rd. Suite 202, San Jose, CA 95122-1885 |
| 15405414 | | Barry and Laura Goldine, 1265 Birchwood Dr, Sunnyvale, CA 94089-2206 |
| 15418008 | + | Cnty. of Santa Clara Dept. of Tax & Collections, 852 N. First St., San Jose, CA 95112-6312 |
| 15407603 | + | John C. Clark, Esq, 30 Keystone Ave, Morgan Hill, CA 95037-4325 |
| 15405417 | | Madelina Arceniega, 500 W 10th St Spc 41, Gilroy, CA 95020-6542 |
| 15405418 | + | Richard Vasquez & Robin C. Silvera Vasquez, Trustee of the Richard Vasquez and Robin, C. Silvera Vasques Revocable Trust, 30 Keystone Ave, Morgan Hill, CA 95037-4325 |
| 15405419 | + | Robin Silvera-Vasquez, 30 Keystone Avenue, Morgan Hill, CA 95037-4325 |
| 15405420 | + | SCC Dept. Tax and Collections, 70 W Hedding St # WING 6TH, San Jose, CA 95110-1767 |
| 15405421 | | The Foreclosure Company, Inc., 827 Cedar St, Santa Cruz, CA 95060-3832 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: itcdbg@edd.ca.gov | Dec 14 2022 00:05:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Dec 14 2022 00:06:00 | CA Franchise Tax Board, Attn: Special Procedures, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: USCBNotices@cdtfa.ca.gov | Dec 14 2022 00:06:00 | State Board of Equalization, Attn: Special Procedures Section, MIC:55, P.O. Box 942879, Sacramento, CA 94279 |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 14 2022 00:05:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15407730 | Email/Text: BKBNCNotices@ftb.ca.gov | Dec 14 2022 00:06:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 15405415 | Email/Text: BKBNCNotices@ftb.ca.gov | Dec 14 2022 00:06:00 | Franchise Tax Board, PO Box 942867, Sacramento, CA 94267-0001 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Not Assigned - SJ |
| smg | * | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15405416 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2022　　　　　　　　　　Signature:　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jorge A. Gaitan | on behalf of U.S. Trustee Office of the U.S. Trustee / SJ Jorge.A.Gaitan@usdoj.gov |
| Lars T. Fuller | on behalf of Debtor Envia Holdings LLC Fullerlawfirmecf@aol.com, Larsfullerecf@aol.com |
| Marc L. Shea | on behalf of Other Prof. Kawahara Nursery Inc. mshea@sheamcintyre.com, kelliott@sheamcintyre.com |
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |

TOTAL: 4

Form OCP

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Envia Holdings, LLC | Case No.: 22−50489 MEH 11 |
|---|---|---|
| | Debtor(s) | Chapter: 11 |

## NOTICE OF ORDER CONFIRMING PLAN

**Notice is hereby given** of the entry of an order of this court on 12/12/22 confirming the plan of reorganization filed by the debtor(s) on 09/08/2022.

Dated: <u>12/13/22</u>

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court