

LARS T. FULLER (No. 141270)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorney for Debtor

The following constitutes the order of the Court.
Signed: March 3, 2023

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re:

ENVIA HOLDINGS, LLC

Debtor

CASE NO.: 22-50489-MEH

**ORDER APPROVING COMPENSATION**

CHAPTER 11

Date: Mar. 2, 2023
Time: 10:00 AM
Court: 11

    The Fuller Law Firm, P.C.'s Interim Application for Compensation came on regularly for hearing on March 2, 2023. Lars T. Fuller appeared on the application. There were no other appearances.

    The application appearing proper in form and substance, good cause appearing,

    IT IS ORDERED THAT attorney fees of $27,596.00 and costs of $110.40 are approved.

    IT IS FURTHER ORDERED THAT The Fuller Law Firm, P.C. is authorized to withdraw the $21,280.50 held by it in its attorney-client trust account.

IT IS FURTHER ORDERED THAT The Fuller Law Firm, P.C. is authorized to submit a demand to escrow for the amount of $6,425.90 to be paid from the proceeds of sale of the Properties as contemplated by the confirmed Plan.

IT IS FURTHER ORDERED THAT in the event the escrow does not close on the sale of the Properties within 6 month of confirmation, Debtor is directed to pay The Fuller Law Firm, P.C. the sum of $6,425.90 and The Fuller Law Firm, P.C. is authorized to record the Order Approving Compensation in Santa Clara County Superior Court.

***END OF ORDER***

**COURT SERVICE LIST**

All electronic service.