ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor / Debtor-in-possession (proposed)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re:

ENVIA HOLDINGS, LLC

    Debtor.

Case No.: 22-50489
Chapter 11

**NOTICE OF SUBSTITUTION OF ATTORNEY; CERTIFICATE OF SERVICE**

Judge: Hon. M. Elaine Hammond

TO THE HONORABLE JUDGE M. ELAINE HAMMOND: COMES NOW the Debtor herein, ENVIA HOLDINGS, LLC and hereby substitutes in **FARSAD LAW OFFICE, P.C.**, who is located at 1625 The Alameda, Suite 525, San Jose, CA 95126, in place of Lars T. Fuller of the **FULLER LAW FIRM** who is located at 60 N. Keeble Avenue, San Jose, CA 95126 as counsel of record in this Chapter 11 case.

I accept this substitution:

Dated: May 26, 2023       FARSAD LAW OFFICE, P.C.
     */s/ Arasto Farsad*
     Arasto Farsad, Esq., Managing Partner
     (PROPOSED NEW COUNSEL)

I consent to this substitution:

Dated: May 26, 2023       FULLER LAW FIRM
     */s/ Lars T. Fuller*
     Lars T. Fuller, Esq.
     (CURRENT COUNSEL)

1

I also consent to this substitution:

Dated: May 26, 2023          ENVIA HOLDINGS, LLC
*/s/ Nathaniel Villareal*
Nathaniel Villareal
Sole Member of ENVIA HOLDINGS, LLC

2

# CERTIFICATE OF SERVICE
*\*\*No Mail Service Required\*\**