# STRAIGHT NOTE

Escrow No.: FWPS-2984190399-CS

## DO NOT DESTROY THIS ORIGINAL NOTE
*When paid, this original Note, together with the Deed of Trust securing it, must be surrendered to Trustee for cancelation, before reconveyance will be made.*

$1,700,000.00                           Cupertino, California                           May 30, 2019

On or before, July 1, 2024, for value received, I/we promise to pay to

**The Richard Vasquez and Robin C. Silvera Vasquez Revocable Trust**

or order, at as directed by the beneficiary, the sum of One Million Seven Hundred Thousand And No/100 Dollars ($1,700,000.00), with interest from _____ at the rate of Five Percent (5.000%) per annum, payable Yearly, in the sum of Three Hundred Ninety-Two Thousand Six Hundred Fifty-Seven And 16/100 Dollars ($392,657.16), beginning on August 1, 2019 and so continuing "Yearly" until July 1, 2024 at which time the entire unpaid principal balance, together with accrued interest, shall become immediately due and payable.

**LATE CHARGE:** Any payment that is received at least ten (10) days past due shall incur a late fee in the amount equal to Fifteen Percent (15.000%) of the late payment.

**PREPAYMENT OF PRINCIPAL WITHOUT PENALTY:** Payor shall have the privilege to prepay this note in full, or in part, at anytime without penalty. Payment(s) shall first apply to interest then due and the balance to principal. Interest shall cease to accrue on any principal paid as of date of payment thereof. Interest only payments, if applicable, shall thereafter adjust accordingly.

Principal and interest payable in lawful money of the United States of America. Should default be made in payment of principal or interest when due the whole sum of principal and interest shall become immediately due at the option of the holder of this Note and after said breach, said obligation shall continue to accrue interest at the rate of Five Percent (5.000%) per annum. If action be instituted on this Note, the undersigned promises to pay such sum as the Court may fix as attorney's fees. This Note is secured by a Deed of Trust of even date to Chicago Title Company, a California corporation, as Trustee.

Envia Holdings, a California Limited Liability Company
BY: _____
Nathaniel Villarreal
Managing Member

EXHIBIT "A"

Case: 22-50489    Doc# 68-2    Filed: 06/27/23    Entered: 06/27/23 11:22:18    Page 1 of 1