## Addendum to Straight Note
### Escrow No. FWPS-2984190399-CS

Envia Holdings, A California Limited Liability Company by Nathaniel Villarreal (Managing Member) has been and is unable to comply with the payment agreement in the Original Note. The Richard Vasquez and Robin C. Silvera Vasquez Revocable Trust is and has agreed to a " Bridge Loan at 2% for two years , 8 payments payable in quarters, First payment is due June 15th, 2020 for the amount of $27,088,86.

Terms of Bridge Loan- 1,785,000.00   8 payments Quarterly 2 % per annum. Quarterly Payment is $27,088.86 due June 15th 2020. If any payment is not received by the Vasquez Trust account within 10 days of due date a 10% late fee is due and payable. Funds may be paid by check and mailed to Vasquez Trust 206 Farm Road 3105, Pickton Texas 75471 or wired into Wells Fargo Bank account # 8490886184

Prepayment of Principal without Penalty: Payor shall have the privilege to prepay this note in full, or in part, at anytime without penalty as in accordance with original note.

Original note other than annual payments are still in effect. This note is secured by a Deed of Trust. If action be instituted on this Note, the undersigned Nathaniel Villarreal Envia Holdings promises to pay such sum as the court may fix as attorney's fees. Nathaniel Villarreal, Eniva Holdings will keep all insurance and taxes paid and current or all contracts on this property between Vasquez Trust and Nathaniel Villarreal, Envia Holdings will be in default.

**On June 15, 2022 a new loan agreement comes into existence. This loan is to re-establish the Original Note of $1,700,000.00 and pay back the lost interest rate of 5% due to the "Bridge Loan.**

New Loan Agreement Between Nathanial Villarreal Envia Holdings and Richard and Robin C Silvera Revocable Trust $1,738,870.20, 5 % per annum for 60 quarters. ( 15 years)

New Loan payments are $ 41,118.55 beginning June 15th 2022 and every quarter thereafter for 60 payments ( 15 years) If any payment is not received into the account of the Vasquez Trust 10 days after the due date a 10% late fee of ( $4111.86) penalty is due and payable.

_____
Nathanial Villarreal
Envia Holdings Managing Partner
4/9/2020

*Vasquez Trust, R Vasquez TTEE*
Vasquez Trust, R Vasquez TTEE
4/9/2020

EXHIBIT "C"