UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: ENVIA HOLDINGS, LLC )  Bankruptcy No.: 22-50489-MEH
 ) R.S. No.: MLG – 001
 ) Hearing Date: 07/13/2023
 ) Time: 2:30 p.m.
Debtor(s) )
_____ )

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 06/02/2022   Chapter: 11
 Prior hearings on this obligation: None   Last Day to File §523/§727 Complaints:

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

 Secured Creditor [ ] or lessor [ ]
 Fair market value: $_____ Source of value: _____
 Contract Balance: $_____ Pre-Petition Default: $_____
 Monthly Payment: $_____ No. of months: _____
 Insurance Advance: $_____ Post-Petition Default: $_____
  No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

 Fair market value: $2,500,000.00   Source of value: Sale Agreement   If appraisal, date: _____

 Moving Party's position (first trust deed, second, abstract, etc.): First Deed of Trust Holder

 Approx. Bal. $2,020,661.92   Pre-Petition Default: $_____
 As of (date): 06/15/2023   No. of months: _____
 Mo. payment: $_____   Post-Petition Default: $_____
 Notice of Default (date): 01/25/2022   No. of months: _____
 Notice of Trustee's Sale: 05/16/2022   Advances Senior Liens: $_____

 Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Richard Vasquez and Robin C. Silvera Vasquez Trust | $2,020,661.92 | $ | $ |
| 2nd Trust Deed: _____ | $ | $ | $ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $2,020,661.92 | $ | $ |

Other pertinent information:

Dated: 06/27/23

 /s/ Merle C. Meyers
 Signature

 Merle C. Meyers, Esq.
 Print or Type Name

 Attorney for Richard Vasquez and Robin C. Silvera Vasquez Trust