# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### COPY REQUEST FORM

### ***PLEASE PRINT LEGIBLY***

Requesting Party Name: _Hung Bui_          Date: _8/17/23_

Address: _3017 Mauna Loa ct SJ 95132_

Telephone Number: _____

Case Number: _22-50489-MEH_  OPEN ☐  CLOSED ☑

**RECEIVED**

CC AUG 17 2023

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name: _ENVIA Holding LLC_

Documents to be copied:

| Document No. | Document Title | Number of Copies ($0.50 per page) | Certification ($11.00 each) | |
|---|---|---|---|---|
| #49 | Confirming Plan of Reorganization | 10 | 1 | Front page |
| #22 | Employing PHP group | 3 | 1 | Front page |
| | | | | |
| | | | | |

Records to be copied:

☐ Case Docket

☐ Claims Register

Pay.gou Receipt # 2779D13E

**All copy request fees must be paid in advance. Personal Checks and Cash ARE NOT accepted.**

NUMBER OF PAGES TO BE COPIED: _13_  X $0.50 = $ _6.50_

NUMBER OF DOCUMENTS TO BE CERTIFIED: _2_  X $11.00 = $ _22.00_

TOTAL: $ _28.50_

Paper copies to be returned by U.S. Mail ☐

Paper copies to be picked up at the Clerk's Office ☐

*For returns by mail, please include a self-addressed envelope with sufficient postage included.*