ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Email addresses: nancy@farsadlaw.com;
farsadlaw1@gmail.com

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In re:

ENVIA HOLDINGS, LLC,

        Debtor.

Case No. 22-50489 MEH
Chapter 11

**APPLICATION FOR FINAL DECREE AND DISCHARGE**

**Judge: Hon. M. Elaine Hammond**

      **TO THE HONORABLE JUDGE M. ELAINE HAMMOND, THE UNITED STATES TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OF RECORD:**

      COMES NOW the Debtor herein, Envia Holdings, LLC, by and through its counsel of record, Farsad Law Office, P.C., and hereby applies to this Court for entry of a final decree and for a discharge in the above captioned case on the following grounds:

1. An Order Confirming Chapter 11 Plan was entered on December 12, 2022. (Docket No. 49.)

2. Post-confirmation quarterly reports have been filed for the two quarters following the confirmation of the Plan.

Application for Final Decree and Discharge - 1

3. The Plan called for sale of the Debtor's real property located at 325 Denio Ave., Gilroy, CA (the "Property") by certain / set date. Although the Property was not sold by the original date in the Plan, it was finally sold and closed escrow on or about September 1, 2023.

4. After closing, the Debtor made all of the Effective Day payments via the Firm's Trust account which was charged with holding the net sale proceeds.

5. This Application is supported by the Declaration of the Debtor which also includes the requisite certification(s) (if any) to support the requested entry of a discharge as well as the final decree.

6. The Debtor has continued with management of the property dealt with under the plan.

7. There are no unresolved motions, contested matters, or adversary proceedings with respect to this case.

8. The estate has been fully administered within the meaning of 11 U.S.C. § 350(a).

7. As stated above, all claims and expenses required to be paid upon plan confirmation or the effective date of the plan have been paid.

8. The Debtor represents that all post-confirmation taxes have been paid.

9. WHEREFORE, the Debtor respectfully prays that a Final Decree be entered, and that it also receive an official "discharge", and that the instant case be closed accordingly.

Respectfully submitted,

FARSAD LAW OFFICE, P.C.                    Dated: September 27, 2023

*/s/ Nancy Weng*
Nancy Weng, Esq.
Attorneys for Debtor herein

Application for Final Decree and Discharge - 2