ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Email addresses: nancy@farsadlaw.com;
farsadlaw1@gmail.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>ENVIA HOLDINGS, LLC,<br><br>               Debtor. | Case No. 22-50489 MEH<br>Chapter 11<br><br>**DECLARATION OF DEBTOR'S PRINCIPAL IN SUPPORT OF APPLICATION FOR FINAL DECREE AND DISCHARGE**<br><br>Judge: Hon. M. Elaine Hammond |

I, Nathaniel Villareal, am the Managing Member of the Debtor in this case. I hereby declare:

2. An Order Confirming the subject Chapter 11 Plan was entered on December 12, 2022. (Docket No. 49.)

3. The Debtor just filed the two necessary / required post confirmation reports.

4. The Plan proposed a sale of the Debtor's sole asset -- real property located at 325 Denio Ave., Gilroy, CA (the "Property"). Said Property was officially sold on September 1, 2023.

5. The Debtor has continued with the management of the estate / property.

6. There are no unresolved motions, contested matters, or adversary proceedings.

7. The estate has been fully administered within the meaning of 11 U.S.C. §350(a).

8. All claims and expenses required to be paid upon Plan confirmation or the Effective Date of the plan have been paid.

9. I believe that all post-confirmation taxes (those that are due) have been paid as well.

10. As stated above, all payments called for under the Chapter 11 confirmed Plan post sale have been paid. (Please see the attached **Exhibit A** for copies of all payments made per the Plan.)

11. If applicable, the Debtor did not claim an exemption in excess of the adjusted amount set forth in 11 U.S.C. §522(q)(1); therefore 11 U.S.C. §1328(h) is inapplicable.

12. The Debtor did not receive a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within four (4) years prior to filing this Chapter 11 case.

14. For all of the reasons stated above, I respectfully request that a Final Decree as well as discharge be entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Gilroy, California, on September 27, 2023.

*/s/ Nathaniel Villareal*
Nathaniel Villareal
Managing Member of the
Debtor-in-possession herein

Declaration of Debtors in Support of Application for Final Decree and Discharge - 2
Case: 22-50489    Doc# 82    Filed: 09/28/23    Entered: 09/28/23 10:23:13    Page 2 of 6

# EXHIBIT A

FARSAD LAW OFFICE

Date 9/23/23

Lars Fuller — $2,300 00/xx

Two thousand three hundred Dollars

For: Envia LLC

Signature: V.F.

#000000 1433#

---

FARSAD LAW OFFICE

Date 9/23/23

Franchise Tax Board — $144 00/00

One hundred forty four Dollars

WELLS FARGO

For: Envia Holdings LLC

Signature: V.F.

#000000 1434#

---

FARSAD LAW OFFICE

Date 9/23/23

Madeling Arceniega — $59.32/70

Fifty nine + 32 Dollars

WELLS FARGO

For: Envia Holdings LLC

Signature: V.F.

#000000 1435#



Virtek
Twenty nine thousand four dollars + 86
Envia Holdings LLC

9/23/23
29,004.86



Pay to: Barry + Laura Goldine
Ninety five thousand eight hundred eight +33/**
Date: 9/22/23
$95,808.33
For: Envia, LLC