ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Email addresses: nancy@farsadlaw.com; farsadlaw1@gmail.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re:

ENVIA HOLDINGS, LLC,

Debtor.

Case No. 22-50489 MEH
Chapter 11

**NOTICE AND OPPORTUNITY FOR HEARING ON APPLICATION FOR FINAL DECREE AND DISCHARGE; PROOF OF SERVICE**

**Judge: Honorable M. Elaine Hammond**

**NOTICE IS HEREBY GIVEN** that the Debtor herein, Envia Holdings, LLC, has filed herewith an APPLICATION FOR FINAL DECREE AND DISCHARGE (the "Application"). You are notified that, pursuant to Bankruptcy Local Rule 3022-1(b), you are given fourteen (14) days from the date of mailing of this notice to request a hearing on this Application. Such a request shall be filed with the Clerk of the U.S. Bankruptcy Court at the following address:

**Clerk of the U. S. Bankruptcy Court
280 South First Street, Room 3035
San Jose, CA 95113-3099**

If there is not a timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and

Notice and Opportunity for Hearing on Application for Final Decree and Discharge;
Proof of Service - 1

The initiating party will give either (1) at least 7 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made, or (2) at least 7 days written notice of the tentative hearing date.

Respectfully submitted,

FARSAD LAW OFFICE, P.C.                    Dated: September 28, 2023

*/s/ Nancy Weng*
Nancy Weng, Esq.
Attorneys for Debtor herein

# PROOF OF SERVICE

I am at least 18 years of age and NOT a party to the within action; my business address is FARSAD LAW OFFICE, P.C., 1625 The Alameda, Suite 525, San Jose, CA 95126. On **September 28, 2023,** I served the interested parties with the document described as follows:

1. **NOTICE AND OPPORTUNITY FOR HEARING ON APPLICATION FOR FINAL DECREE AND DISCHARGE; PROOF OF SERVICE;**
2. **APPLICATION FOR FINAL DECREE AND DISCHARGE; and**
3. **DECLARATION OF DEBTOR IN SUPPORT OF APPLICATION FOR FINAL DECREE AND DISCHARGE.**

**BY USPS FIRST CLASS MAIL:** By placing a true copy (or true copies) thereof enclosed in a sealed envelope with postage prepaid addressed to all addresses on the attached Court Creditor Matrix as well as the party listed below. The envelope was deposited in the United States Post Office in San Jose, California.

**BY NOTICE OF ELECTRONIC FILING:** I caused to be served the above-described document(s) by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF Users: **All CM/ECF registered participants.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Jose, California, on September 28, 2023

*/s/ Arasto Farsad*
Arasto Farsad, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 22-50489<br>California Northern Bankruptcy Court<br>San Jose<br>Thu Sep 28 10:13:08 PDT 2023 | Barry and Laura Goldine<br>1265 Birchwood Dr<br>Sunnyvale, CA 94089-2206 | Kathy Quon Bryant<br>Meyers Law Group, P.C.<br>100 Shoreline Highway<br>Suite B-160<br>Mill Valley, CA 94941-6626 |
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Cnty. of Santa Clara Dept. of Tax & Collecti<br>852 N. First St.<br>San Jose, CA 95112-6312 |
| Envia Holdings, LLC<br>91 Norton Ave<br>San Jose, CA 95126-2908 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Arasto Farsad<br>Farsad Law Office, P.C.<br>1625 The Alameda, Suite 525<br>San Jose, CA 95126-2224 |
| Franchise Tax Board<br>PO Box 942867<br>Sacramento, CA 94267-0001 | Jorge A. Gaitan<br>Office of the United States Trustee<br>501 I St., #7-500<br>Sacramento, CA 95814-7304 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | John C. Clark, Esq<br>30 Keystone Ave<br>Morgan Hill, CA 95037-4325 | Kawahara Nursery, Inc.<br>c/o Shea & McIntyre, A.P.C.<br>2166 The Alameda<br>San Jose, CA 95126-1144 |
| Madelina Arceniega<br>500 W 10th St Spc 41<br>Gilroy, CA 95020-6542 | Merle C. Meyers<br>Meyers Law Group, P.C.<br>100 Shoreline Highway<br>Suite B-160<br>Mill Valley, CA 94941-6626 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| PHP Group, Inc.<br>1816 Tully Rd. Suite 202<br>San Jose, CA 95122-1885 | Richard Vasquez & Robin C. Silvera Vasquez<br>Trustee of the Richard Vasquez and Robin<br>C. Silvera Vasques Revocable Trust<br>30 Keystone Ave<br>Morgan Hill, CA 95037-4325 | Richard Vasquez and Robin C. Silvera Vasquez<br>c/o Merle C. Meyers, Esq.<br>Meyers Law Group, P.C.<br>100 Shoreline Hwy., Ste. B-160<br>Mill Valley, CA 94941-6626 |
| Robin Silvera-Vasquez<br>30 Keystone Avenue<br>Morgan Hill, CA 95037-4325 | SCC Dept. Tax and Collections<br>70 W Hedding St # WING 6TH<br>San Jose, CA 95110-1767 | Marc L. Shea<br>Shea & McIntyre, A.P.C.<br>2166 The Alameda<br>San Jose, CA 95126-1144 |
| (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | The Foreclosure Company, Inc.<br>827 Cedar St<br>Santa Cruz, CA 95060-3832 | (p)U S ATTORNEY'S OFFICE NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 |
| VW & Associates, Inc dba VIRTEK Company<br>Attn: Mr. Virgal Woolfolk<br>903 SILVER FOX DRIVE<br>1625 THE ALAMEDA, SUITE 525<br>INNSBROOK, MO 63390-1625 | Nathaniel Villareal<br>Sole Member<br>91 Norton Ave.<br>San Jose, CA 95126-2908 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3400 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Not Assigned - SJ | (d)Richard Vasquez and Robin C. Silvera Vasqu<br>c/o Merle C. Meyers, Esq.<br>Meyers Law Group, P.C.<br>100 Shoreline Hwy., Ste. B-160<br>Mill Valley, CA 94941-6626 | End of Label Matrix<br>Mailable recipients   28<br>Bypassed recipients   2<br>Total   30 |